IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GERRELL SMITH,

       Petitioner,

v.
                              Case No. 5D18-1808

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed July 20, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Gerrell Smith, Century, pro se.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 31, 2016 sentence rendered in Case No. 2008-CF-00822, in the Circuit Court in and for Flagler County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


PALMER, WALLIS and LAMBERT, JJ., concur.